THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAX SHAMOS, Appellant.

Argued June 14, 1945; decided July 19, 1945.

*Louis Jay Brecher, Maurice Freiman* and *Morris Dickman* for appellant.

*Frank S. Hogan, District Attorney (Richard G. Denzer* and *Whitman Knapp* of counsel)', for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.